084717.0014(207)　　　　　　　　　　RMC:lab　　　　　　　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) Case No. 23-cv-50446 |
| v. | ) Judge Philip G. Reinhard |
| CLEARY BUILDING CORP., a Wisconsin corporation, MIKE RICH, and GINGER RICH, | ) Hon. Margaret J. Schneider |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Owners Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives this Honorable Court its notice of dismissal, without prejudice, as this action has been rendered moot.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　/s/ *Robert Marc Chemers*
　　　　　　　　　　　　　　　　　　　Robert Marc Chemers
　　　　　　　　　　　　　　　　　　　Bar No. 0431508
　　　　　　　　　　　　　　　　　　　PRETZEL & STOUFFER, CHARTERED
　　　　　　　　　　　　　　　　　　　200 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Suite 2600
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Telephone:　(312) 578-7548
　　　　　　　　　　　　　　　　　　　Fax:　　　　(312) 346-8242
　　　　　　　　　　　　　　　　　　　E-Mail: rchemers@pretzelstouffer.com
　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***